

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ERICA CARRIZAL, | § | No. 08-22-00158-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| DESERT SUN, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022-CCV00424) |

## <u>MEMORANDUM OPINION</u>

Appellant, pro se, filed a request to dismiss her appeal in its entirety based on a January 27, 2023 agreement between the parties, which was filed with the trial court. As this Court has not yet issued an opinion in the case, we grant Appellant's motion and dismiss her appeal. *See* TEX. R. APP. P. 42.1(a)(1).

As Appellant is deemed indigent, no costs are assessed. TEX. R. APP. P. 42.1(d).

LISA J. SOTO, Justice

February 21, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.